**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY MACLEOD,<br><br>Plaintiff,<br><br>v.<br><br>WARM SPRINGS ROAD CVS, LLC d/b/a CVS PHARMACY #10348; DOE EMPLOYEE; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:25-cv-01635-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS DEFENDANTS WITH PREJUDICE** |

COMES NOW Plaintiff, JUDY MACLEOD, by and through her counsel of record, Marc C. Naron, Esq., of the law firm of D.R. PATTI & ASSOCIATES, and Defendant, WARM SPRINGS ROAD CVS, LLC d/b/a CVS PHARMACY #10348, by and through their counsel of record, Marjorie E. Kratsas, Esq., of the law firm of WOOD, SMITH, HENNING & BERMAN LLP, and hereby Stipulate and agree as follows:

1) That Case No. 2:25-cv-01635 shall be dismissed as to DEFENDANT WARM SPRINGS ROAD CVS, LLC d/b/a CVS PHARMACY #10348, with prejudice, as well as their past and present parent, subsidiary and affiliate entities, and the past, present and future officers, directors, employers, partners, stockholders, attorneys, employees, agents, servants, representatives, owners, contractors and insurers are dismissed with prejudice; are dismissed with prejudice;

/ / /

/ / /

2) Each party is to bear their own attorneys' fees and costs.

DATED this 22nd day of October, 2026.

**D.R. PATTI & ASSOCIATES**

[signature]

Marc C. Naron, Esq.
Nevada Bar No.: 11665
720 S. Seventh St., Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 13th day of November, 2026.

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Marjorie E. Kratsas, Esq.*

Marjorie E. Kratsas, Esq.
Nevada Bar No. 12934
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
*Attorneys for Defendant Warm Springs Road CVS, LLC d/b/a CVS Pharmacy #10348*

**ORDER**

Based upon the foregoing Stipulation of Counsel, this Court ORDERS as follows:

1) IT IS HEREBY ORDERED that Case No. 2:25-cv-01635, shall be dismissed as to DEFENDANT WARM SPRINGS ROAD CVS, LLC d/b/a CVS PHARMACY #10348 with prejudice, as well as their past and present parent, subsidiary and affiliate entities, and the past, present and future officers, directors, employers, partners, stockholders, attorneys, employees, agents, servants, representatives, owners, contractors and insurers are dismissed with prejudice; are dismissed with prejudice;

2) IT IS FURTHER ORDERED that each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE